UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY J. NICHOLS,<br><br>       Petitioner,<br><br>   v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN,<br><br>       Respondent. | Case No. 1:13-cv-01561-AWI-BAM-HC<br><br>ORDER GRANTING RESPONDENT THIRTY DAYS IN WHICH TO IDENTIFY DOCUMENTS AND VOLUMES PERTINENT TO RESPONDENT'S MOTION FOR LEAVE TO FILE A RECORD IN A "COMPUTER-READABLE FORMAT" (DOC. 18) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On December 16, 2013, Respondent filed an answer to the petition along with a motion for leave to file an electronic version of the voluminous state court trial record, stating that the transcripts had been filed in other cases in this Court in which Petitioner's co-defendants were parties. Respondent stated that it was not unable to provide a paper copy of the records. Although Respondent identified the other cases that have been filed in this Court by Petitioner's co-defendants, Respondent did not identify the

1

docket numbers of the pertinent lodgings or specify the precise lodged document numbers for the documents or volumes that were used by the respondents in those cases in their notices of lodging. Thus, this Court does not have the information needed to assess in an efficient manner whether paper copies from other cases are available to the Court for use in this case and whether it is advisable to grant Respondent's motion to file such a record in electronic form.

Respondent is GRANTED thirty days in which to provide the necessary information identifying, with appropriate names, docket entry numbers, and numbers of the documents as referred to in the respondent's notices of lodging, along with the associated dates of filing or lodging, with respect to the specific documents and volumes from the other cases sought to be filed in the present case in electronic form.

IT IS SO ORDERED.

Dated:  **December 19, 2013**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2