UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY J. NICHOLS,<br><br>      Petitioner,<br><br>   v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN,<br><br>      Respondent. | Case No. 1:13-cv-01561-AWI-BAM-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO LODGE THE STATE COURT RECORD IN SUPPORT OF THE ANSWER IN A "COMPUTER-READABLE FORMAT"<br><br>(DOC. 18) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On December 16, 2013, Respondent filed an answer to the petition along with a motion for leave to lodge an electronic version of the voluminous state court trial record, stating that the transcripts had been filed in other cases in this Court in which Petitioner's co-defendants were parties.  Respondent stated that it was not unable to provide a paper copy of the records.  In response to the Court's request, Respondent identified the other cases and the specific docket numbers of the lodgings that pertained to the

1

present case.  (Doc. 21.)  Because paper copies of the voluminous documents pertinent to the present case are available to the Court, the Court will grant Respondent's motion for leave to depart from Local Rule 190(f), which otherwise requires filing paper copies of state court records in habeas corpus proceedings.  However, as Respondent stated in the application, should the computer-readable format ultimately prove unacceptable, Respondent is willing and able to submit paper copies at the Court's request.

   Accordingly, Respondent's motion for leave to lodge a record in a computer-readable format is GRANTED.

IT IS SO ORDERED.

   Dated:   **March 28, 2014**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE